# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

STANLEY SEABROOK,            )
                             )
   Movant,                   )
                             )
v.                           )     Case No. CV404-216
                             )
UNITED STATES OF AMERICA,    )
                             )
   Respondent.               )

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

SO ORDERED this 10th day of March, 2005.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

# United States District Court
## *Southern District of Georgia*

Stanley Seabrook )

vs ) CASE NUMBER  CV404-216

United States of America ) DIVISION  SAVANNAH

The undersigned, a regularly appointed and qualified deputy in the office of the Clerk of this district, while conducting the business of the Court for said division, does hereby certify the following:

1. Pursuant to the instructions from the Court and in the performance of my official duties, I personally placed in the United States Mail a sealed envelope, and properly addressed to each of the persons, parties or attorneys named below; and

2. That the aforementioned enveloped contained a copy of the document dated 3/10/05 , which is part of the official record of this case.

Date of Mailing:  3/10/05

Date of Certificate  [X] same date,  or

Scott L. Poff, Clerk

By: /s/ _____
Deputy Clerk

Name and Address

CRIMINAL
Amy Lee Copeland, Esq., U.S. Attorney's Office, P O Box 8970, Savannah, GA 31412
Stanley Seabrook, Valdosta State Prison, 417027, P.O. Box 310, Valdosta, GA 31603

[ ] Copy placed in Minutes
[X] Copy given to Judge
[ ] Copy given to Magistrate